UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In Re: | Case No. 21-43402-MAR |
| Omobenike Odegbami | Chapter 13 |
| Debtor. | Judge Mark A. Randon |
| _____/ | |

## NOTICE OF STATE OF MICHIGAN UNFILED TAX RETURNS

Debtor failed to file an income tax return for tax period 2017 as required by 11 USC 1308 and/or MCL 206.1 et seq. Failure to file tax returns may result in the Michigan Department of Treasury either objecting to the Debtor's Plan or filing a motion to either convert or dismiss the case. Debtor is required to submit the following documents with the return:

- Schedules and/or credit forms with supporting documents
- All W-2s
- Federal Returns

**I.    SIGNED TAX RETURNS SHOULD BE SUBMITTED TO:**

Michigan Department of Attorney General
Collections Division
Cadillac Place Building
3030 W. Grand Blvd., Ste. 10-200
Detroit, MI 48202
Attn:  Moe Freedman

**OR**

Via email:  freedmanm1@michigan.gov

Failure to submit the required documentation could result in a denial of a refund or increase the amount of tax owed.

## II. IF YOU NEED ADDITIONAL INFORMATION TO FILE YOUR RETURNS:

For a W-2 or 1099, contact your employer(s). If not received, contact the IRS at 313-237-0800 or 800-829-1040 or visit the IRS website at www.irs.gov.

Respectfully submitted,

DANA NESSEL
Attorney General

/s/ *Moe Freedman*
Moe Freedman (P74224)
Assistant Attorney General
Cadillac Place Building
3030 W. Grand Blvd., Ste. 10-200
Detroit, MI 48202
Telephone: (313) 456-0140
E-mail: freedmanm1@michigan.gov

Dated: May 14, 2021