UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:                                         Case No. 21-43402-MAR

Omobenike Odegbami               Chapter 13

           Debtor.                      Honorable Mark A. Randon
_____/

## WITHDRAWAL OF NOTICE OF STATE OF MICHIGAN UNFILED TAX RETURNS

The Notice of State of Michigan Unfiled Tax Returns filed as PACER Docket #20 on May 14, 2021 is hereby withdrawn.

                                                  Respectfully submitted,

                                                  DANA NESSEL
                                                  Attorney General

                                                  /s/ Moefreedman
                                                  Moe Freedman (P74224)
                                                  Assistant Attorney General
                                                  Cadillac Place Building
                                                  3030 W. Grand Blvd., Ste. 10-200
                                                  Detroit, MI 48202
                                                  Telephone: (313) 456-0140
                                                  E-mail: freedmanm1@michigan.gov

Dated: June 7, 2021